IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROBERT WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:20-cv-00076 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| SAMUEL, SON & CO (USA) INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Parties have filed a Joint Stipulation of Dismissal indicating that they have resolved this matter and requesting that the case be dismissed with prejudice. (Doc. No. 17).

Accordingly, pursuant to the stipulation of the parties, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE